Jeff Barber
Barber & Banker, LLC
821 N Street, Suite 103
Anchorage, AK 99501
Telephone:  (907) 276-5858
Facsimile:   (907) 276-5817
E-mail:      jeffb@alaskainjury.com
Attorneys for Natalia Mixsooke

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NATALIA MIXSOOKE,<br><br>  Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY,<br><br>  Defendant. | No. 3:12-cv-00166-HRH<br><br><br><br><br><br>SATISFACTION OF JUDGMENT |

      COMES NOW the plaintiff, NATALIA MIXSOOKE, by and through her attorneys, BARBER & BANKER, LLC, and hereby acknowledges full and complete satisfaction of the Judgment in this case based on her Acceptance of Offer of Judgment and states that said Judgment may be discharged.  The clerk of the above-entitled court is hereby authorized to enter full and complete satisfaction of said Judgment against defendant GEICO Casualty Company.

DATED at Anchorage, Alaska this 23rd of May, 2013.

        BARBER & BANKER, LLC
        Attorneys for Plaintiff

        By: s/Jeffrey J. Barber
           Jeffrey J. Barber
           821 N Street, Suite 103
           Anchorage, AK 99501
           (907) 276-5858 Phone
           (907) 276-5817 Fax
           jeffb@alaskainjury.com
           Alaska Bar No. 0111058

CERTIFICATE OF SERVICE
I hereby certify that on this 23rd day of May, 2013
a copy of the foregoing Acceptance of Offer of Judgment
was served electronically on:

Michael Hanson
Call Hanson & Kell, P.C.
413 G Street
Anchorage, AK 99501

s/ Jeffrey J. Barber

2768/13 Satisfaction of Judgment
Mixsooke v. GEICO Casualty Company; Case No. 3:12-cv-00166 HRH
Page 2