**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

NATALIA MIXSOOKE,
     Plaintiff,

                                Case Number 3:12-cv-00166-HRH

v.

GEICO CASUALTY COMPANY,
     Defendant.          **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

THAT Plaintiff Natalia Mixsooke, recover of defendant GEICO Casualty Company, the sum of $15,000.00, inclusive of all costs, interest and attorney's fees; and

THAT this judgment has been satisfied in full pursuant to the satisfaction of judgment filed at Docket No. 22.

*N<small>OTE</small>: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

Date: June 3, 2013

                                      /s/Marvel Hansbraugh
                                        Marvel Hansbraugh,
                                          Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]